IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00826-REB-KLM

STEPHEN ALAN HAYNES,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,
STEVEN HAHN,
ROBERT KNOWLES, also known as Bob Knowles,
MICHELLE JESKE,
NATHANIEL EGGERT,
OLGA SPIRIDONOVA, and
JESSE PEREZ,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Stay Proceedings Pending Resolution of Appeal** [#33] (the "Motion to Stay") and on Defendants' **Withdrawal of Defendants' Motion to Stay Proceedings Pending Resolution of Appeal** [#41], filed as a motion (the "Motion to Withdraw"). On September 23, 2015, the Tenth Circuit Court of Appeals dismissed Plaintiff's appeal for lack of prosecution. *Order* [#39]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion to Withdraw [#41] is **GRANTED**. The Motion to Stay [#33] is deemed **WITHDRAWN**.

    Dated: September 29, 2015